UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of December, two thousand and seventeen.

_____

Gary Lefkowitz, Individual,

    Plaintiff - Appellant,

v.

Leslie Westreich, Individual, Shira Seidel Westreich, Adam Westreich, Baruch Singer, Tryad, Inc., A New York Corporation, The Coby Group, LLC, A Delaware Limited Liabilty Company, Affordable Housing LLC, A New York Limited Liability Company,

    Defendants-Appellees,

Citi-Manhattan Partners I, California Limited Partnership, Citi-Manhattan Patners III, California Limited Partnership, Citi Frontiers Partners, California Limited Partnership, Citi South Partners, California Limited Partnership, Citi Equity Fund, California Limited Partnership, Citi USA Partners, California Limited Partnership, Citi-Manhattan Partners II, California Limited Partnership, Does, 1-20, The Triad Group, LLC, Delancy Industrial Rehab. Corp., A New York Corporation,

    Defendants.
_____

**ORDER**
Docket Number: 17-3711

A notice of appeal was filed on November 7, 2017. The Appellant's Acknowledgment and Notice of Appearance Form due November 29, 2017 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective January 2, 2018 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court