S.D.N.Y. – N.Y.C.
16-cv-6845
Koeltl, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of February, two thousand eighteen.

Present:
    John M. Walker, Jr.,
    Gerard E. Lynch,
    Denny Chin,
        *Circuit Judges*.

Gary Lefkowitz, Individual,

        *Plaintiff-Appellant*,

    v.                           17-3711

Leslie Westreich, Individual, et al.,

        *Defendants-Appellees*,

Citi-Manhattan Partners I, California Limited Partnership, et al.,

        *Defendants*.

Appellees, through counsel, move to dismiss the appeal as untimely filed. Upon due consideration, it is hereby ORDERED that Appellees' motion is GRANTED and the appeal is DISMISSED for lack of jurisdiction. *See* Fed. R. App. P. 4(a)(1); *Bowles v. Russell*, 551 U.S. 205, 214 (2007); *Franklin v. McHugh*, 804 F.3d 627, 631-32 (2d Cir. 2015).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

